JS 44 (Ecw.7/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM).

**I. (a) PLAINTIFFS**

**UNITED STATES OF AMERICA**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
United States Attorney's Office, 970 Broad St., Suite 700,
Newark, New Jersey 07102 - 973 645-2828

**DEFENDANTS**
**Civic Development Group, LLC, Scott Pasch and David Keezer**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **Middlesex**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE "X" IN ONE BOX ONLY)

[X] **1** U.S. Government Plaintiff
[] **3** Federal Question (U.S. Government Not a Party)
[] **2** U.S. Government Defendant
[] **4** Diversity (Indicate Citizenship of Parties in item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (FOR DIVERSITY CASES ONLY)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | []1 | []1 | Incorporated or Principal Place | []4 | []4 |
| Citizen of Another State | []2 | []2 | Incorporated and Principal Place of Business in Another State | []5 | []5 |
| Citizen or Subject of a Foreign Cntry | []3 | []3 | Foreign Nation | []6 | []6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
15 USC 45. 53. 56 and 57

**V. NATURE OF SUIT** *(PLACE AN "X" IN ONE BOX ONLY)*

**CONTRACT**
[] **110** Insurance
[] **120** Marine
[] **130** Miller Act
[] **140** Negotiable Instrument
[] **150** Recovery of Overpayment & Enforcement of Judgment
[] **151** Medicare Act
[] **152** Recovery of Defaulted Student Loans (Excl. Veterans)
[] **153** Recovery of Overpayment at Veteran's Benefits
[] **160** Stockholders' Suits
[] **190** Other Contract
[] **195** Contract Product Liability

**TORTS**

**PERSONAL INJURY**
[] **310** Airplane
[] **315** Airplane Product Liability
[] **320** Assault, Libel & Slander
[] **330** Federal Employers' Liability
[] **340** Marine
[] **345** Marine Product Liability
[] **350** Motor Vehicle
[] **355** Motor Vehicle Product Liability
[] **360** Other Personal Injury

**PERSONAL INJURY**
[] **362** Personal Injury Med. Malpractice
[] **365** Personal Injury Product Liability
[] **368** Asbestos Personal Injury Prod. Liab .

**PERSONAL PROPERTY**
[] **370** Other Fraud
[] **371** Truth in Lending
[] **380** Other Personal Property Damage
[] **385** Property Damage Prod. Product Liability

**FORFEITURE/ PENALTY**
[] **610** Agriculture
[] **620** Other Food & Drug
[] **625** Drug Related Seizure at Property 21 U.S.C. 881
[] **630** Liquor Laws
[] **640** R.R. & Truck
[] **650** Airline Regs.
[] **660** Occupational Safety/Health
[x] **690** Other

**BANKRUPTCY**
[] **422** Appeal 28 U.S.C. 158
[] **423** Withdrawal 28 U.S.C. 157

**PROPERTY RIGHTS**
[] **820** Copyrights
[] **830** Patent
[] **840** Trademark

**OTHER STATUES**
[] **400** State Reapportionment
[] **410** Antitrust
[] **430** Banks and Banking
[] **450** Commerce/ICC Rates/etc
[] **460** Deportation
[] **470** Racketeer Influenced Corrupt Organizations
[] **810** Selective Service
[] **850** Securities/ Commodities/ Exchange
[] **875** Customer Challenge 12 U.S.C. 3140
[] **891** Agricultural Acts
[] **892** Economic Stabilization Act
[] **893** Environmental Matters
[] **894** Energy Allocation Act
[] **895** Freedom of Information Act
[] **900** Appeal of Fee Determ. Under Equal Access to Justice
[] **950** Constitutionality of State Statutes
[x] **890** Other Statutory Actions

**LABOR**
[] **710** Fair Labor Standards Act
[] **720** Labor/Mgmt. Relations
[] **730** Labor/Mgmt. Reporting & Disclosure Act
[] **740** Railway Labor Act
[] **790** Other Labor Litigation
[] **791** Empl. Ret. Inc. Security Act

**SOCIAL SECURITY**
[] **861** HIA (1395ff)
[] **862** Black Lung(923)
[] **863** DIWC/DIWW (405(g))
[] **864** SSID Title XVI
[] **865** RSI (405(g))

**FEDERAL TAX SUITS**
[] **870** Taxes (U.S. Plaintiff or Defendant)
[] **871** IRS - Third Party 26 U.S.C. 7609

**REAL PROPERTY**
[] **210** Land Condemnation
[] **220** Foreclosure
[] **230** Rent Lease & Ejectment
[] **240** Torts to Land
[] **290** All Other Real Property

**CIVIL RIGHTS**
[] **441** Voting
[] **442** Employment
[] **443** Housing/Accommodations
[] **444** Welfare
[] **440** Other Civil Rights

**PRISONER PETITION**
[] **510** Motions to Vacate Sentence Habeas Corpus:
[] **530** General
[] **535** Death Penalty
[] **540** Mandamus & Other
[] **550** Other (including 1983 Actions)

**VI. ORIGIN**
[x] **1** Original Proceeding
[] **2** Removed from State Court
[] **3** Remanded from Appellate Court
[] **4** Reinstated or Reopened
[] **5** Transferred from another district
[] **6** Multidistrict Litigation
[] **7** Appeal to District Judge from Magistrate

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** [] UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:

**VII. RELATED CASE(S)** (See instructions)
**IF ANY**: None

DATE
**Sept. 24, 2007**

SIGNATURE OF ATTORNEY OF RECORD

Daniel J. Gibbons , Assistant U.S. Attorney