**IMPORTANT**: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**TO:** **Norma Rodriguez**

**FAX NO:** 973-645-6659

**PHONE:** 973-645-3730

**FROM:** **Suzette A. Smikle**
Trial Attorney
U.S. Department of Justice, Office of Consumer Litigation
1331 Pennsylvania Ave, NW, Suite 950 North
P.O. Box 386
Washington, DC 20044

Voice No. 202-307-0052
Fax No. 202-514-8742
E-mail: suzette.smikle@usdoj.gov

**DATE**: 12/21/07

**NUMBER OF PAGES SENT** (INCLUDING COVER PAGE): 3

**SPECIAL INSTRUCTIONS**: Re: Case No. 2:07cv04593-FSH-PS; Signature Pages attached.

Order, the Rule, and the FTC Act by defendants;

(4) award plaintiff monetary civil penalties from defendants for each violation of the Order and the Rule;

(5) award such relief as the Court finds necessary to redress injury to consumers resulting from defendants' violations of the Order, the Rule, and the FTC Act, including but not limited to, rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies; and

(6) award plaintiff the costs of bringing this action, as well as such other and additional relief as the Court may determine to be just and proper.

DATED: September 24, 2007

THE UNITED STATES OF AMERICA:

PETER D. KEISLER
Assistant Attorney General
Civil Division
U.S. Department of Justice

CHRISTOPHER J. CHRISTIE
United States Attorney for the
District of New Jersey

By: Daniel J. Gibbons
DANIEL GIBBONS
Assistant U.S. Attorney

EUGENE M. THIROLF
Director
Office of Consumer Litigation

By: [signature]
MARK L. JOSEPHS
SUZETTE A. SMIKLE
Trial Attorneys
Office of Consumer Litigation
Civil Division
U.S. Department of Justice
Washington, D.C. 20530
(202) 305-3630
(202) 514-8742 FAX

OF COUNSEL:

JAMES A. KOHM
Associate Director
Division of Enforcement
Federal Trade Commission

ROBERT S. KAYE
Assistant Director
Division of Enforcement
Federal Trade Commission

JOEL N. BREWER
Attorney
Division of Enforcement
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2967